FILED
2012 May-16  PM 02:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

General Complaint Form for Pro Se Litigants



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

2012 MAY 16  A 9:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

CV-12-K-1883-S

Malesha Roberts
3743 Spearman Dr.
Hoover AL 35216
(Enter above the full names(s) of the plaintiff(s) in this action.)

vs.

Chase Home Finance
P.O. Box 469030
Glendale, CO 80246-9030

(Enter above the full name(s) of the defendant(s) in this action.)

1. At all times hereinafter mentioned, plaintiff was and still is a resident of _____ Jefferson County _____. Plaintiff resides at 3743 Spearman Drive Hoover, Al 35216.

2. Defendant Chase Home Finance is a corporation incorporated under the laws of United States and has a main office at 3415 Vision Drive Columbus OH, and is licensed to do business in Columbus Ohio, 43219-6009. Defendant's official business address is 3415 Vision Drive, Columbus Ohio, 43219-6009.

**OR**

Defendant _____

is a United States government agency.

**OR**

Defendant _____

is a state agency.

**OR**

Defendant _____ is a resident of

_____. Defendant resides at _____

_____.

3.   The jurisdiction of this court is invoked pursuant to _____

_____. (List statutes.)

4.   Statement of Claim

   State here, as briefly as possible the **FACTS** of your case.  Describe how each defendant is involved.  Include, also the names of other persons involved, dates and places.  Do not give any legal arguments.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need.  Attach extra sheets if necessary.

The Chase Home Mortgage Company said they would modify or extend a modification of my home loan if I made 3 monthly payments of 1,048.00. I made 15 monthly payments a total of $15,928, still I have not received a modification of my home loan. This was included in a letter from Chase.
(over)

2

I was told in 10/7/11 to apply again to Chase for a home modification. I did apply and have since been told that my modification is in process, but I have received 6 Foreclosure Sale Notices on my property from Sirote & Permutt, while Chase is supposedly Modifying my loan. Chase is in Violation of The Truth and Lending Act U.S.C. 1601-1666 and its implementing Regulation Z, 12 C.F.R. amended.

807(2)(A) and (B) of the FDCPA, 15 U.S.C. 1692 e(2)(A) and (B)

5. Relief: @ 807 FDCPA, 15 U.S.C. 1692 e.

ALSO, IN VIOLATION OF FEDERAL HOME MODIFICATION ACT.

State briefly exactly what you want the court to do for you. Do not make legal arguments.

I want a Federal home loan modification on my loan that I was suppose to have from chase. Chase needs to recompense me for pain and suffering from all of the letters of intent of Foreclosures on my property. I want Chase to Follow Federal Laws and Guidelines

5/16/12
Date

Signature of Plaintiff

205-985-6197
Telephone Number

Muleshia Roberts
Name (Please Print)

3743-Spearman Dr.
Street Address

Hoover, AL       35216
City, State      Zip Code

FAX Number (If Available)

3

**NOTE:** Pro se litigants must keep the Clerk of the Court informed of their correct address and telephone number during the entire lawsuit. Failure to do so is grounds for dismissal of the case.

## OPTIONAL REQUEST FOR SERVICE OF PROCESS BY CLERK

Plaintiffs who have paid the filing fee may request the Clerk of Court to perfect service of process by certified mail by indicating below. Plaintiffs must provide service copies of the complaint, prepared summonses and pre-paid envelopes made returnable to the Clerk of Court.

NOTE: Certified mail service by the Clerk of Court on federal defendants is NOT AN OPTION for plaintiffs who pay the filing fee.

_____
Signature of Plaintiff

Dated: 5/16/12

7/14/06